```
Nicole Golob (SBN 190444)
    E-Mail: ngolob@fisherphillips.com
Serineh Terzyan (SBN 322570)
    E-Mail: sterzyan@fisherphillips.com
FISHER & PHILLIPS LLP
21600 Oxnard Street, Suite 650
Woodland Hills, California 91367
Telephone: (818) 230-4250
Facsimile: (818) 230-4251
```

JS-6

Note change by Court

Attorneys for Defendant CAMP NYC, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| JAY CARTER, an individual; STEPHANIE SMITH, an individual<br><br>Plaintiffs,<br><br>v.<br><br>CAMP NYC, INC,<br><br>Defendants. | CASE NO.: 2:23−cv−9707 JFW (JPRx)<br><br>*[Removed from Los Angeles County Superior Court, Case No.: 23STCV24209]*<br><br>**ORDER RE: JOINT STIPULATION TO ARBITRATE CLAIMS**<br><br>Complaint Filed: October 4, 2023<br>Trial Date:       None set |

**ORDER**

IT IS HEREBY ORDERED, pursuant to the stipulation of the parties hereto, that this entire action, *Jay Carter, et al. v. CAMP NYC, Inc.* (Case No. USDC 2:23−cv−9707 JFW (JPRx)) (the "Federal Court Action"), is ordered to individual, binding arbitration with Hon. Jackson Lucky (Ret.) as the arbitrator pending his availability and on condition that he permits and will issue third party subpoenas for discovery in addition to testimony at the arbitration hearing as well as permit Motions for Summary Judgment.

This matter is stayed with the Court retaining jurisdiction to enforce this Order; the stipulation to individual, binding arbitration; to confirm, correct, or vacate any arbitral award; and to retain jurisdiction with respect to any settlement agreement entered by the Parties per Code of Civil Procedure sections 664.6 and 1285–1288.8.

The Clerk shall administratively close this case.

**IT IS SO ORDERED.**

DATED: December 6, 2023

_____
HON. JOHN F. WALTER
Judge of The U.S. District Court